IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT M. CORNWELL,<br>    Petitioner,<br><br>v.<br><br>DELBERT SAUERS,<br>    Respondent. | Civil Action No. 3:13-CV-2294<br><br>(Judge Mariani) |

## ORDER

AND NOW, THIS 13th DAY OF MAY, 2014, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Report and Recommendation (Doc. 9) is **ADOPTED**.

2. The petition for a writ of habeas corpus (Doc. 1) is **DENIED** without prejudice to Petitioner's right to take any action before the Court of Appeals that he deems appropriate under 28 U.S.C. § 2255.

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge